# STATEMENT OF REASONS
## 28 USC 994(w)

| NORMAN HUGH SMITH | CR00-00186Z-001 | WD/WA |
|---|---|---|
| Defendant | Docket No. | District |

☐ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☒ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):

**Court finds that defendant has not accepted responsibility and did not use sophisticated means to commit the offense.**

Guideline Range Determined by the Court:                                              DOS   01/26/01

| Total Offense Level: | 19 |
| Criminal History Category | I |
| Imprisonment Range | 30 to 37 months |
| Supervised Release Range | 2 to 3 years |
| Fine Range: | $7,500 to $75,000 |
| Sentence Imposed | 36 mos. BOP, e yrs. TSR, $100 MPA, $7,500 fine |
| USPO: | Jeffrey S Thomason |

☒ Sentence imposed is within appropriate guideline range as determined by the court

☐ Fine waived pursuant to Section 5E1 2

☐ Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

☐ The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary).

_____
Thomas S. Zilly
United States District Judge

Date  4/17/01

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

**APR 17 2001**

AT SEATTLE
CLERK U S DISTRICT COURT
STERN DISTRICT OF WASHINGTON
                              DEPUTY

Orig to Clerk of Court
cc:    USSC
       Bureau of Prisons
       File



CR 00-00186 #00000125

vb

United States District Court
for the
Western District of Washington
April 17, 2001


* * MAILING CERTIFICATE OF CLERK * *


Re:   2:00-cr-00186



True and correct copies of the attached were mailed by the clerk to the following:


	Thomas J Krysa, Esq.
	DEPARTMENT OF JUSTICE
	TAX DIVISION
	600 E ST NW
	WASHINGTON, DC   20530

	Andrew R Hamilton, Esq.
	U S ATTORNEY'S OFFICE
	STE 5100
	601 UNION ST
	SEATTLE, WA   98101-3903
	FAX 553-0755

	Allen R Bentley, Esq.
	STE 2220
	1111 THIRD AVE
	SEATTLE, WA   98101-3207
	FAX 682-3746

	USPO - Seattle
	US PROBATION OFFICE - SEATTLE
	SUITE 4100
	701 5TH AVE
	SEATTLE, WA   98104
	FAX 206-553-2248