Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR00-186TSZ |
| v. | ) GOVERNMENT'S |
| NORMAN HUGH SMITH, | ) EXHIBIT LIST |
| Defendant. | ) |

The United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Ilene J.K. Miller, Assistant United States Attorney for said District, files this Exhibit List for the evidentiary hearing in the above-entitled matter set for July 14, 2005.

The government intends to introduce some or all of the following exhibits:

1. Conditions of Probation and Supervised Release.

2. December 2003 Monthly Report.

2a. December 2003 Financial Statement, Net Worth.

2b. December 2003 Financial Statement, Monthly Cash Flow.

3. May 2004 Monthly Report.

4. September 2004 Monthly Report.

4a. September 2004 Financial Statement, Monthly Cash Flow.

4b. September 2004, Financial Statement, Net Worth.

GOVERNMENT'S EXHIBIT LIST - 1
SMITH/CR00-186TSZ

| | | |
|---|---|---|
| 1 | 5a. | November 2003 Credit Report. |
| 2 | 5b. | May 2004 Credit Report. |
| 3 | 5c. | October 2004 Credit Report. |
| 4 | 6. | IRS Collection Information Statement. |
| 5 | 7a. | Check from American Century Investments. |
| 6 | 7b. | Quarterly Statement from American Century Investments, dated |
| 7 | | September 30, 2001. |
| 8 | 7c. | Redemption request to American Century Investments. |
| 9 | 8a. | Copies of checks processed by Viking Bank. |
| 10 | 8b. | Copies of checks processed by Viking Bank. |
| 11 | 8c. | Copies of checks processed by Viking Bank. |
| 12 | 8d. | Statement by Viking Bank, dated September 30, 2004. |
| 13 | 8e. | Check to Skagit Valley College, dated August 13, 2004. |
| 14 | 9. | Check from Maureen McKittrick. |
| 15 | 10. | ING Life Insurance Notice of Premium. |
| 16 | 11a. | E-mail regarding the fishing vessel, dated March 5, 2004. |
| 17 | 11b. | Wire fax from Defendant to Viking Bank. |
| 18 | 11c. | Fax from Viking Bank to Defendant regarding the wire, dated |
| 19 | | September 10, 2004. |
| 20 | 12a. | Defendant's website regarding Albacore Tuna. |
| 21 | 12b. | Epirb Registration Form regarding the F/V Alliance. |
| 22 | 12c. | Purchase and Sale Agreement of the F/V Alliance. |
| 23 | 12d. | Survey Report of the F/V Alliance, dated June 12, 2002. |
| 24 | 12dd. | Survey Report of the F/V Alliance, dated August 14, 1999. |
| 25 | 12e. | Stock and Purchase Agreement of Off-Shore Adventures, dated |
| 26 | | November 21, 2000. |
| 27 | 12f. | Letter to Ruth and Morgan Davies from Defendant. |
| 28 | | |

GOVERNMENT'S EXHIBIT LIST - 2
SMITH/CR00-186TSZ

| | |
|---|---|
| 12g. | Fax to Defendant and Alice Smith from Morgan and Ruth Davies, dated April 5, 2002. |
| 12h. | Coast Guard Affidavit, dated March 22, 2004. |
| 12i. | Letter regarding lien from Defendant, dated February 4, 2004. |
| 12j. | E-mail from Defendant to Graham Southwick, dated March 2, 2004. |
| 12k. | Letter to Defendant regarding the Davies, dated April 2, 2004. |
| 12l. | Fax from Defendant for a quote on insurance coverage for the F/V Alliance, dated June 30, 2004. |
| 12m. | Billing receipt to Defendant for parts, dated July 21, 2004. |
| 12n. | Defendant's annotated resume. |
| 12o. | Defendant's grade card from Indiana University. |
| 13. | November 2003 Monthly Report. |
| 14. | January 2004 Monthly Report. |
| 15. | February 2004 Monthly Report. |
| 16. | March 2004 Monthly Report. |
| 17. | April 2004 Monthly Report. |
| 18. | June 2004 Monthly Report. |
| 19. | Blank |
| 20. | August 2004 Monthly Report. |
| 21. | October 2004 Monthly Report. |
| 22. | November 2004 Monthly Report. |
| 23. | December 2004 Monthly Report. |
| 24. | January 2005 Monthly Report. |
| 25. | February 2005 Monthly Report. |
| 26. | March 2005 Monthly Report. |
| 27. | April 2005 Monthly Report. |
| 28. | Defendant's Bankruptcy Petition. |
| 29. | Blank. |

GOVERNMENT'S EXHIBIT LIST - 3
SMITH/CR00-186TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | 30. | E-mail regarding Belize bank accounts.
2 | 31. | E-mail regarding F/V Alliance from Defendant to Coast Guard, dated
3 | | March 3, 2004.
4 | 32. | E-mail regarding fishing with the F/V Alliance and bankruptcy from
5 | | Defendant to APA Marine Agent Reggie Macomber, dated June 29, 2004.
6 | 33. | Defendant's travel request and accompanying affidavit, dated
7 | | April 27, 2004.

10  DATED this 5th day of July, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/ *Ilene J.K. Miller*
ILENE J.K. MILLER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: 206.553.4330
Fax: 206.553.2502
E-mail: Ilene.Miller@usdoj.gov

GOVERNMENT'S EXHIBIT LIST - 4
SMITH/CR00-186TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

s/ *Bonnie R. Wolfgram*
BONNIE R. WOLFGRAM
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2520
FAX:   (206) 553-0755
E-mail: bonnie.wolfgram@usdoj.gov