Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR00-186TSZ |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S WITNESS LIST |
| NORMAN HUGH SMITH, ) | |
| Defendant. ) | |

The following is a list of witnesses that the government may use at the evidentiary hearing of the above-referenced case:

1. Gina Martinis, United States Probation Office

2. Calvin Bouma, United States Probation Office

Dated: this 5th day of July, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/ *Ilene J.K. Miller*
ILENE J.K. MILLER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: 206.553.4330
Fax: 206.553.2502
E-mail: Ilene.Miller@usdoj.gov

GOVERNMENT'S WITNESS LIST - 1
SMITH/CR00-186TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

s/ *Bonnie R. Wolfgram*
BONNIE R. WOLFGRAM
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2520
FAX:   (206) 553-0755
E-mail: bonnie.wolfgram@usdoj.gov