FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 25 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

00-CR-00186-WRIT

COPY

Magistrate Judge Theiler

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 00 0186 Z |
| Plaintiff, ) | |
| v. ) | DEFENSE WITNESS LIST |
| NORMAN HUGH SMITH, ) | |
| Defendant ) | |

In addition to those witnesses listed by the government, the defense may call as witnesses at the time of hearing the following:

1. Norman Short

2. Alice Smith

3. Norman Hugh Smith

Dated this JUN 14 2005 day of June, 2005.

s/
Terrence Kellogg
Attorney for Hugh Norman Smith

DEFENDANT SMITH'S WITNESS LIST - 1

TERRENCE KELLOGG
PACIFIC BUILDING, SUITE 1900
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 447-1815