```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

           AUG 25 2005

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

00-CR-00186-EXH

Magistrate Judge Theiler

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 00 0186 Z |
| Plaintiff, ) | |
| v. ) | DEFENSE EXHIBIT LIST |
| NORMAN HUGH SMITH, ) | |
| Defendant ) | |

A-1. IRS Closing Agreement

A-2. IRS summons to Norman Short

A-3. Durable Power of Attorney of Smith

A-4. Waiver & Consent in Lieu of Meeting- Offshore Adventures

A-5. Medical Report of Smith

A-6. American Century Prospectus – excerpt

Dated this JUN 14 2005 day of June, 2005.

s/
Terrence Kellogg
Attorney for Hugh Norman Smith

DEFENDANT SMITH'S EXHIBIT LIST - 1

TERRENCE KELLOGG
PACIFIC BUILDING, SUITE 1900
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 447-1815