Judge Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR00-186Z |
| Plaintiff, ) | |
| ) | |
| v. ) | GOVERNMENT'S SUPPLEMENTAL |
| ) | SENTENCING MEMORANDUM |
| ) | |
| NORMAN HUGH SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Mark N. Bartlett, First Assistant United States Attorney for said District, files this Supplemental Sentencing Memorandum relating to the supervised release violations committed by Norman Hugh Smith. Sentencing is set for Friday, November 4, at 10:00 a.m.

The United States filed a sentencing memorandum on November 1, 2005, that asserted Defendant Smith had attempted to avoid responsibility for paying the court-ordered $7,500 fine. In fact, Defendant Smith paid the $7,500 fine in full on November 18, 2003. The memorandum further stated that Defendant Smith's period of supervision began on November 17, 2004. In fact, his period of supervision began on November 17, 2003.

//

//

GOVERNMENT'S SUPPLEMENTAL
SENTENCING MEMORANDUM/SMITH - 1
CR00-186Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The United States deeply apologizes for these errors. The Court and Defendant
2   Smith have a right to expect a higher quality work product from the United States.
3   DATED this 2nd day of November, 2005.

4                                                    Respectfully submitted,

5                                                    JOHN McKAY
                                                     United States Attorney
6

7
                                                     s/MARK N. BARTLETT
8                                                    MARK N. BARTLETT
                                                     First Assistant United States Attorney
9                                                    WA Bar #15672
                                                     United States Attorney's Office
10                                                   700 Stewart Street, Suite 5220
                                                     Seattle, WA 98101
11                                                   Telephone:   206-553-7970
                                                     Fax No.:     206-553-0755
12                                                   E-Mail:      Mark.Bartlett@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVERNMENT'S SUPPLEMENTAL
SENTENCING MEMORANDUM/SMITH - 2                                      UNITED STATES ATTORNEY
CR00-186Z                                                            700 STEWART STREET, SUITE 5220
                                                                     SEATTLE, WASHINGTON 98101
                                                                     (206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/FAY FRENCH
Fay French
Program Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2270
FAX:   (206) 553-0882
E-mail: Fay.French@usdoj.gov

GOVERNMENT'S SUPPLEMENTAL
SENTENCING MEMORANDUM/SMITH - 3
CR00-186Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970