Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR00-0186Z |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S RESPONSE |
| v. | ) | IN OPPOSITION TO DEFENDANT'S |
| | ) | MOTION FOR RELEASE PENDING |
| | ) | APPEAL |
| NORMAN HUGH SMITH, | ) | |
| Defendant. | ) | |

The United States, by and through John McKay, United States Attorney, and Mark N. Bartlett, First Assistant United States Attorney for the Western District of Washington, hereby files this response in opposition to defendant Norman Hugh Smith's motion for release pending appeal. Because the defendant failed to meet the standards set forth in 18 U.S.C. § 3143(b), this motion should be denied.

## I. STATUS OF THE CASE

On April 18, 2001, this Court sentenced Smith to 36 months' imprisonment and one year supervised release following his guilty pleas to two counts of Making and Subscribing to a False Individual Tax Return and two counts of Making and Subscribing to a False Corporate Tax Return.

On October 26, 2004, United States Probation Officer Calvin Bouma alleged that Smith had committed six violations of the conditions of his supervised release. An

Govt's Response in Opposition to Motion for
Release Pending Appeal/Smith — 1
CR00-0186Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

evidentiary hearing was held before Magistrate Judge Mary Alice Theiler on June 14, July 14, August 25 and August 29, 2005, concerning the violations. At the conclusion of the hearing, Magistrate Judge Theiler recommended that the District Court find that Smith committed five violations of his conditions of supervised release.

On November 4, 2005, this Court accepted the recommendation of Magistrate Judge Theiler and found that Smith had committed five violations of the terms of his supervised release. The Court sentenced Smith to a nine month period of incarceration, and imposed no further term of supervised release.

Following sentencing, the defendant filed a notice of appeal, and on November 23, 2005, Smith filed a motion for release pending appeal.

## II. ARGUMENT

Defendant moves this Court for release pending appeal pursuant to 18 U.S.C. § 3143(b), which provides, in pertinent part, that:

> [T]he judicial officer shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal . . . be detained, unless the judicial officer finds–
>
> (A) by clear and convincing evidence that the person is not likely to flee . . . ; and
>
> (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in–
>
> * * *
>
> (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

Defendant bears the burden of proof under 18 U.S.C. § 3143(b). United States v. Montoya, 908 F.2d 450, 451 (9th Cir. 1990); United States v. Wheeler, 795 F.2d 839, 840 (9th Cir. 1986). To demonstrate entitlement to release, a defendant must show: (1) by clear and convincing evidence that he or she is not likely to flee; (2) that the appeal is not for the purpose of delay; (3) that the appeal raises a substantial question of law or fact; and (4) that if the substantial question is determined favorably to the

Govt's Response in Opposition to Motion for
Release Pending Appeal/Smith — 2
CR00-0186Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defendant it will likely result in a reversal, a new trial, a sentence other than a term of imprisonment, or a sentence less than the time to be served during the expected appeal process on all counts on which imprisonment has been imposed. Id.; United States v. Mett, 41 F.3d 1281, 1282, n.3 (9th Cir. 1995). Mr. Smith cannot prevail unless all the standards are met.

An appeal raises a substantial issue of law or fact if the issue is one that is fairly debatable, or doubtful, or one of more substance than would be necessary for a finding that the issue is not frivolous. United States v. Montoya, supra; United States v. Handy, 761 F.2d 1279, 1283 (9th Cir. 1985). The defendants bear the burden of proof to establish that the issues are "fairly debatable." Montoya, supra, at 450. General descriptions of possible issues on appeal are insufficient to meet the burden of proof. Id.

Defendant Smith has not met his burden of proof. Smith has failed to raise a substantial question of law or fact regarding the sentence imposed upon him by this Court.

**A.   Defendant Smith Has Failed to Raise a Substantial Question of Law or Fact**

The appeal in this case does not raise a substantial issue of law or fact. Smith indicates that he has one issue to raise on appeal: whether Smith was required to report assets such as the F/V Alliance or the Off-Shore Adventures account.

This argument is without merit. The Ninth Circuit has defined the term "substantial question" as one that is "fairly debatable" or "fairly doubtful," and "one of more substance than would be necessary to a finding that it was not frivolous." United States v. Handy, 761 F.2d at 1283. Although Smith may have described a single general issue that could conceivably be raised on appeal, this does not rise to the level of a substantial question of law or fact under 18 U.S.C. § 3143(b), and should therefore be denied. Montoya, 908 F.2d at 451.

Govt's Response in Opposition to Motion for
Release Pending Appeal/Smith — 3
CR00-0186Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## III.  CONCLUSION

For the reasons stated above, the United States requests that the Court deny defendant's motion for release pending appeal.

DATED this 28th day of November, 2005.

                Respectfully submitted,

                JOHN McKAY
                United States Attorney

                /s Mark N. Bartlett
                MARK N. BARTLETT
                First Assistant United States Attorney
                WA Bar #15672
                United States Attorney's Office
                700 Stewart Street
                Seattle, Washington 98101
                Facsimile: 206-553-0882
                Phone: 206-553-1018
                E-mail: Mark.Bartlett@usdoj.gov

Govt's Response in Opposition to Motion for
Release Pending Appeal/Smith — 4
CR00-0186Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

    I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

    s/FAY FRENCH
FAY FRENCH
Program Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2270
FAX: (206) 553-0755
E-mail: fay.french@usdoj.gov

Govt's Response in Opposition to Motion for
Release Pending Appeal/Smith — 5
CR00-0186Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970